**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

STERLING SMITH,

      Petitioner,

vs.                          CASE NO. 4:12-cv-124-SPM/CAS

ATTORNEY GENERAL,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 3).  Petitioner submitted a letter to

the Court which has been construed as an objection.  Upon consideration, and

despite Petitioner's objections, I have determined that the Report and

Recommendation is correct and should be adopted.

Accordingly, it is ORDERED and ADJUDGED:

1.      The Magistrate Judge's Report and Recommendation (doc. 3) is

**adopted** and incorporated by reference into this order.

2.      This case shall be transferred to the United States District Court for

the Southern District of Florida for all further proceedings.

DONE AND ORDERED this 30th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge